J-S08021-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LARRY RAFIQ SAMUELS , | : | |
| | : | |
| Appellant. | : | No. 1978 EDA 2018 |

Appeal from the Judgment of Sentence Entered, June 5, 2018,
in the Court of Common Pleas of Montgomery County,
Criminal Division at No(s):  CP-46-CR-0005275-2016,
CP-46-CR-0006041-2015.

BEFORE:   BENDER, P.J.E., KUNSELMAN, J., and STEVENS*, P.J.E.

JUDGMENT ORDER PER CURIAM:                    **FILED MAY 06, 2019**

Larry Rafiq Samuels appeals from a judgment of sentence, recorded at two dockets numbers in the common pleas court.  In violation of Pennsylvania Rule of Appellate Procedure 341(a) and ***Commonwealth v. Walker***, 185 A.3d 969 (Pa. 2018), Samuel filed a single notice of appeal to encompass both docket numbers on June 27, 2018 – four weeks after the ***Walker*** Court issued its decision.

In December of 2018, this Court ordered Samuels to show cause why we should not quash his appeal under ***Walker***.  He has not answered our Rule to Show Cause.  Accordingly, we QUASH this appeal.

Appeal quashed.

_____
*   Former Justice specially assigned to the Superior Court.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 5/6/19